THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Shanna Kranchick,       
Appellant.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-374
Submitted February 20, 2003 - Filed 
 May 28, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Shanna Kranchick pled guilty 
 to armed robbery and was sentenced to twelve years imprisonment.  Kranchicks 
 appellate counsel argues that the lower court erred by accepting Kranchicks 
 guilty plea prior to an inquiry as to whether any basis in fact existed in support 
 of the plea. 
Kranchicks appellate counsel submitted a petition 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Kranchicks appeal is without merit.  Kranchick filed a document with the court 
 containing multiple arguments.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Kranchicks appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., and CURETON and
GOOLSBY, JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.